ACCEPTED
03-15-00017-CV
4080612
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/9/2015 4:54:16 PM
JEFFREY D. KYLE
CLERK

CASE NO. 03-15-00017-CV

IN THE THIRD COURT OF APPEALS

AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/9/2015 4:54:16 PM
JEFFREY D. KYLE
Clerk

**Rose Ena Cantu, Appellant**
**v.**
**Southern Insurance Company and Steve Dollery, Appellees**

On Appeal from the 21st Judicial District Court
Bastrop County, Texas
Hon. Carson Campbell

**Motion to Strike the Notice of Appeal, Dismiss for Lack of Jurisdiction, and Award Costs**

TO THE HONORABLE COURT OF APPEALS:

Appellees Southern Insurance Company and Steve Dollery ask the Court to dismiss this appeal for lack of jurisdiction and award Appellees their fees for filing this motion.

1.      Appellees are Southern Insurance Company and Steve Dollery; Appellant is Rose Ena Cantu.

2.      The 21st Judicial District Court of Bastrop County, Texas, signed the interlocutory order dismissing Appellant Cantu's claims against Appellees on

December 10, 2014, in Cause No. 29,358; *Cantu et al. v. Texas Southern Insurance Company, et al.* A copy of that order is attached hereto as Exhibit "A."

3. This Court has authority to dismiss an appeal for lack of jurisdiction. Tex. R. App. P. 42.3(a). The Court should dismiss this appeal because the order being appealed is a non-appealable interlocutory order. *See City of Houston v. Kilburn*, 849 S.W.2d 810, 811 (Tex. 1993). In its order dismissing Cantu's claims, the trial court did not order severance of those claims from the claims of the remaining plaintiffs. In addition, Appellees Southern and Dollery had a pending counterclaim against Cantu, which was not resolved by the interlocutory December 10, 2014 order. A file-stamped copy of Southern's and Dollery's First Amended Answer and Counterclaim, filed November 17, 2014, is attached hereto as Exhibit "B."

4. Appellees ask that the Court award them their costs for this frivolous appeal. *See* Tex. R. App. P 45; *Johnson v. Johnson*, 948 S.W.2d 835, 840 (Tex. App.–San Antonio, writ denied) (court has inherent power to sanction). An appeal is frivolous if brought without observing the minimal procedural requirements for an appeal. *See Diana Rivera & Assocs. v. Cabrillo*, 986 S.W.2d 795, 799 (Tex. App.–Corpus Christi 1999, pet. denied) (appellant ignored statute about interlocutory appeals and case law adverse to her position). In addition to filing the premature notice of appeal, Appellant misrepresented in her docketing

statement that the interlocutory order of dismissal was a final judgment that disposed of all parties and issues in the listed trial court cause number. Before filing this motion, counsel for Appellees wrote counsel for Appellant on January 23, 2015, and February 5, 2015, asking that they voluntarily dismiss this appeal. Copies of that correspondence are attached hereto as Exhibit "C." Counsel for Appellant never responded, necessitating this motion. Appellees request that the Court award them $450.00 as damages or sanctions, which represents 2.2 hours of attorney time at $200.00 per hour for researching and drafting this motion and the $10.00 filing fee.

5. The undersigned declares under penalty of perjury that the facts stated in this document are true and correct.

WHEREFORE, PREMISES CONSIDERED, Appellees Southern Insurance Company and Steve Dollery respectfully pray that the Court grant this motion, dismiss Appellant Rose Ena Cantu's appeal, award Appellees their costs for responding to this frivolous appeal, and for such other and further relief to which Appellees may show themselves justly entitled.

Respectfully submitted,

HANNA & PLAUT, L.L.P.
211 East Seventh Street, Suite 600
Austin, Texas 78701
Telephone: (512) 472-7700
Facsimile: (512) 472-0205


By: /s/ *Eric S. Peabody*
      Catherine L. Hanna
      State Bar No. 08918280
      channa@hannaplaut.com
      Eric S. Peabody
      State Bar No. 00789539
      epeabody@hannaplaut.com
      Laura D. Tubbs
      State Bar No. 24052792
      ltubbs@hannaplaut.com

**COUNSEL FOR APPELLEES
SOUTHERN INSURANCE
COMPANY AND STEVE
DOLLERY**

## CERTIFICATE OF CONFERENCE

On January 23, 2015, and February 5, 2015, counsel for Appellees Southern Insurance Company and Steve Dollery attempted to confer with counsel for Appellant Rosa Ena Cantu regarding the substance of this motion. Counsel for Appellant did not respond.

/s/ Eric S. Peabody
Eric S. Peabody

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Strike the Notice of Appeal, Dismiss for Lack of Jurisdiction, and Award Costs has been forwarded by e-service and/or facsimile on the 9th day of February, 2015 to:

*Via Facsimile: (713) 467-8883*
Robert L. Collins
M. Chad Gerke
Audrey Guthrie
P.O. Box 7726
Houston, Texas 77270-7726

*Via Facsimile: (713) 467-8883*
Christopher D. Lewis
1721 West T.C. Jester Blvd.
Houston, Texas 77008

*Counsel for Appellant*

/s/ Eric S. Peabody
Eric S. Peabody

# Exhibit A

CAUSE NO. 29,358

| | | |
|---|---|---|
| ROSE ENA CANTU, ROBERTA GODWARD, GAIL SCHIAVONE-FRANKE, WILMA MAYES, ADELE AND DON THORNE, and ALEXIS AND WILLIAM CHRISAN,<br>    Plaintiffs | § § § § § § § § | IN THE DISTRICT COURT |
| | § § | 21st JUDICIAL DISTRICT |
| vs. | § § | |
| TEXAS SOUTHERN INSURANCE COMPANY, ALLSTATE TEXAS LLOYD'S INC., STEVE DOLLERY, TY HARLAN FLETCHER, and JOSH RANDALL,<br>    Defendants | § § § § § § | BASTROP COUNTY, TEXAS |

## ORDER

ON THIS DAY came on for consideration Defendant Southern Insurance Company's and Steve Dollery's Plea in Abatement, Motion to Dismiss and Motion to Sever, and this Court, having considered the motion and plea, the response, the reply, the evidence on file, and the arguments of counsel, findst hat the motion and plea should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Cantu's claims against Southern Insurance Company and Steve Dollery are dismissed without prejudice.

SIGNED this _10TH_ day of December, 2014.

JUDGE PRESIDING

EXHIBIT

A

tabbies®

FILED 10:17 A M
DATE 12/10/14
Sarah Loucks
District Clerk, Bastrop County

# Exhibit B

CAUSE NO. 29,358

| | | |
|---|---|---|
| ROSE ENA CANTU, ROBERTA GODWARD, GAIL SCHIAVONE-FRANKE, WILMA MAYES, ADELE AND DON THORNE, and ALEXIS AND WILLIAM CHRISAN, Plaintiffs | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT |
| | §<br>§ | 21st JUDICIAL DISTRICT |
| vs. | §<br>§ | |
| TEXAS SOUTHERN INSURANCE COMPANY, ALLSTATE TEXAS LLOYD'S INC., STEVE DOLLERY, TY HARLAN FLETCHER, and JOSH RANDALL, Defendants | §<br>§<br>§<br>§<br>§<br>§ | BASTROP COUNTY, TEXAS |

### DEFENDANTS SOUTHERN INSURANCE COMPANY'S AND STEVE DOLLERY'S FIRST AMENDED ANSWER AND COUNTERCLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants Southern Insurance Company[1] and Steve Dollery and file this First Amended Answer and Counterclaim to Plaintiffs' Original Petition, and would respectfully show the Court the following:

### I.
### GENERAL DENIAL

Pursuant to TEX. R. CIV. P. 92, Defendants deny each and every, all and singular, the allegations set forth in Plaintiffs' Original Petition and demand strict proof thereof at the final trial of this case.

### II.
### PLEA IN ABATEMENT

This suit was transferred from Dallas District Court (Dallas Cause No. DC-13-07869). Before Plaintiffs filed this suit in Dallas, Southern had filed a declaratory action

---

[1] Southern Insurance Company has been misnamed as Texas Southern Insurance Company.


EXHIBIT
B

against Plaintiff Rose Ena Cantu in the 335th District Court of Bastrop County regarding her wildfire claim. *See* Cause No. 29,079; *Southern Insurance Company v. Rose Ena Cantu*. Because that suit was filed first, the 335th District Court acquired dominant jurisdiction over Cantu's claims against both Southern and Dollery. *See Wyatt v. Shaw*, 760 S.W.2d 247, 247-48 (Tex. 1988) ("When an inherent interrelation of the subject matter exists in two pending lawsuits, a plea in abatement in the second action must be granted. It is not required that the exact issues and all the parties be included in the first action before the second is filed, provided that the claim in the first suit may be amended to bring in all necessary and proper parties and issues."). Cantu never filed any counterclaims against Southern and did not join Dollery in the declaratory action. The Court should therefore grant the plea in abatement and dismiss Plaintiff Cantu's claims against Southern and Dollery. *See Curtis v. Gibbs*, 511 S.W.2d 263, 267 (Tex. 1974) ("Any subsequent suit involving the same parties and the same controversy must be dismissed if a party to that suit calls the second court's attention to the pendency of the prior suit by a plea in abatement.").[2]

### III.
### COUNTERCLAIM

**Groundless Insurance Code Claims.** Defendants Southern and Dollery allege that Plaintiff Cantu's causes of action under the Texas Insurance Code are groundless and brought in bad faith or brought for the purpose of harassment, so that Defendants are entitled to their attorneys' fees and court costs. *See* Tex. Ins. Code § 541.153. Before

---

[2] Before the Dallas court transferred this cause, the court had ordered that Plaintiff Cantu's claims against Southern and Dollery be severed and that the claims against Southern be abated. Because Cantu never paid the fee to re-docket those claims, they were transferred with those of the other Plaintiffs to this Court. Southern and Dollery request that the Court re-order the severance of Cantu's claims against Southern and Dollery if necessary and dismiss Cantu's claims against both of them based on the dominant jurisdiction of the 335th District Court.

Plaintiff Cantu filed her suit in Dallas, she had filed suit again Southern and Dollery in this Court. *See* Cause No. 28,370; *Rose Ena Cantu v. Southern Insurance Company and Steve A. Dollery*, In the 21st Judicial District Court, Bastrop County, Texas. Cantu never served Dollery in that case, even though it had been pending for approximately 18 months by the time Cantu nonsuited. Before the nonsuit, Cantu and Southern had engaged in appraisal, Southern had paid the appraisal award, and Southern had moved for summary judgment. Cantu nonsuited when her response to the motion for summary judgment was due. Because the appraisal negated Cantu's breach of contract and extra-contractual claims – including her Insurance Code claims – asserting these causes of action after the appraisal in a new suit and against a Defendant Cantu failed to serve in her original suit demonstrates that they were brought to manipulate venue and to harass.

With regard to Dollery, Plaintiff Cantu does not distinguish his conduct from Southern's alleged failure to properly investigate or pay the amount to which she asserted she was entitled, which forms the only basis for her Insurance Code claims. *See* Petition ¶¶ 8a, 16-17. These allegations do not support any independent cause of action against Defendant Dollery, are groundless, and were bought in bad faith. Plaintiff Cantu also alleges that Defendants "misrepresented" coverage to her even though her claims involve only a dispute regarding the amount of loss. Plaintiff Cantu's extra-contractual Insurance Code claims are baseless.

In connection with this counterclaim, Defendants seek monetary relief of $100,000 or less and non-monetary relief declaring that Plaintiff Cantu's causes of action under the Insurance Code are groundless.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully pray that upon final hearing hereof, Plaintiff Cantu take nothing by her suit, that Defendants be discharged with their costs; and that Defendants have such other and further relief to which they may be justly entitled.

Respectfully submitted,

HANNA & PLAUT, L.L.P.
211 East Seventh Street, Suite 600
Austin, Texas 78701
Telephone:     (512) 472-7700
Facsimile:     (512) 472-0205

By: _____
Catherine L. Hanna
State Bar No. 08918280
Eric S. Peabody
State Bar No. 00789539
Laura D. Tubbs
State Bar No. 24052792

**ATTORNEYS FOR DEFENDANTS**
**SOUTHERN INSURANCE COMPANY**
**AND STEVE DOLLERY**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document has been forwarded by e-service and/or facsimile on this the 17th day of November 2014 to:

*Via Facsimile:  713.467.8883*
Robert L. Collins
P.O. Box 7726
Houston, Texas 77270-7726
*Attorney for Plaintiffs*

*Via Facsimile:  713.467.8883*
Christopher D. Lewis
1721 West T.C. Jester Blvd.
Houston, Texas 77008
*Attorney for Plaintiffs*

*Via Facsimile:  214.295.2664*
Marc C. Lenahan
P. Wes Black
M. Nathan Barbera
Kathleen M. Kearney
Lenahan Law, P.L.L.C.
2655 Villa Creek, Suite 204
Dallas, Texas 75234
*Attorneys for Plaintiffs*

*Via Facsimile: 512.708.8777*
Darrell S. Cockcroft
Thompson, Coe, Cousins & Irons, LLP
701 Brazos, Suite 1500
Austin, Texas 78701
*Attorneys for Allstate Texas Lloyds's, Inc.
and Ty Harlan Fletcher*

Eric S. Peabody

# Exhibit C

# HANNA & PLAUT LLP
## ATTORNEYS AT LAW

Southwest Tower
211 East Seventh Street, Suite 600
Austin, Texas 78701

Telephone (512) 472-7700
Facsimile (512) 472-0205
www.hannaplaut.com

January 23, 2015

*Via Facsimile: 713.467.8883*
Robert L. Collins
M. Chad Gerke
Audrey E. Guthrie
P.O. Box 7726
Houston, Texas 77270-7726

Re:   Cause No. 29,358; *Rose Ena Cantu, Roberta Godward, Gail Schiavone-Franke, Wilma Mayes, Adele and Don Thorne, and Alexis and William Chrisan v. Texas Southern Insurance Company, Allstate Texas Lloyd's Inc., Steve Dollery, Ty Harlan Fletcher, and Josh Randall*; In the 21st Judicial District Court of Bastrop County, Texas.

Third Court of Appeals Docket Number 03-15-0017-CV; *Rose Ena Cantu v. Southern Insurance Company and Steve Dollery.*

Counsel:

We have received your Notice of Appeal and appellate docketing statement in the above-referenced matter. Your appeal is premature because there is no final judgment. Southern and Mr. Dollery have a pending counterclaim against Ms. Cantu for the groundless Insurance Code claims she brought against them in bad faith. In addition, although Judge Campbell considered Southern's motion to sever, he did not order the claims and causes of action between Ms. Cantu and Defendants Southern and Dollery – including Defendants' counterclaim – severed into a separate cause. Judge Campbell dismissed Ms. Cantu's claims, but this interlocutory order and Defendants' counterclaim remain part of Cause No. 29,378.



**EXHIBIT**

*C*

Please let us know if you will voluntarily dismiss this premature appeal. We will seek our fees if a motion in the court of appeals becomes necessary.

Very truly yours,

Eric S. Peabody

ESP/mw

cc: Christopher D. Lewis *(via facsimile: (713) 467-8883)*
Laura D. Tubbs [Firm]

# FACSIMILE COVER SHEET

## HANNA & PLAUT, L.L.P.
Attorneys at Law
211 East Seventh Street, Suite 600
Austin, Texas 78701

Telephone (512) 472-7700
Facsimile (512) 472-0205

If there is a problem with transmission or if all pages are not received, please call (512) 472-7700 for re-transmission.

| TO: | Robert L. Collins | FAX NO.: | 713.467.8883 |
|-----|-------------------|----------|--------------|
|     | M. Chad Gerke     |          |              |
|     | Audrey E. Guthrie |          |              |
|     | Christopher D. Lewis |       | 713.467.8883 |

| FROM: | Melanie Wade | DATE: | January 23, 2015 |
|-------|--------------|-------|------------------|
|       | For Eric S. Peabody |  |                  |

RE: Cause No. 29,358; *Rose Ena Cantu, Roberta Godward, Gail Schiavone-Franke, Wilma Mayes, Adele and Don Thorne, and Alexis and William Chrisan v. Texas Southern Insurance Company, Allstate Texas Lloyd's Inc., Steve Dollery, Ty Harlan Fletcher, and Josh Randall*; In the 21st Judicial District Court of Bastrop County, Texas.

Third Court of Appeals Docket Number 03-15-0017-CV; *Rose Ena Cantu v. Southern Insurance Company and Steve Dollery*.

Number of Pages including this cover page: _____3_____

Comments:

*This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original to us by mail without making a copy. Thank you.*

* * * Communication Result Report ( Jan. 23. 2015 11:27AM ) * * *

Date/Time: Jan. 23. 2015 11:26AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 2992 | Memory TX | 917134678883 | P. 3 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 3) No answer
E. 5) Exceeded max. E-mail size
E. 2) Busy
E. 4) No facsimile connection
E. 6) Destination does not support IP-Fax

---

## FACSIMILE COVER SHEET

### HANNA & PLAUT, L.L.P.
Attorneys at Law
211 East Seventh Street, Suite 600
Austin, Texas 78701

Telephone (512) 472-7700
Facsimile (512) 472-0205

If there is a problem with transmission or if all pages are not received, please call (512) 472-7700 for re-transmission.

TO:  Robert L. Collins          FAX NO.:   713.467.8883
     M. Chad Gerke
     Audrey E. Guthrie
     Christopher D. Lewis                  713.467.8883

FROM:  Melanie Wade            DATE:    January 23, 2015
       For Eric S. Peabody

RE:   Cause No. 29,358; *Rose Ena Cantu, Roberta Godward, Gail Schiavone-Franke, Wilma Mayes, Adele and Don Thorne, and Alexis and William Chrisan v. Texas Southern Insurance Company, Allstate Texas Lloyd's Inc., Steve Dollery, Ty Harlan Fletcher, and Josh Randall*; In the 21ˢᵗ Judicial District Court of Bastrop County, Texas.

Third Court of Appeals Docket Number 03-15-0017-CV; *Rose Ena Cantu v. Southern Insurance Company and Steve Dollery.*

Number of Pages including this cover page: _____3_____

Comments:

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original to us by mail without making a copy. Thank you.

| | |
|---|---|
| **From:** | Eric Peabody |
| **Sent:** | Thursday, February 05, 2015 4:09 PM |
| **To:** | Robert L. Collins Esq. (HoustonLaw1@aol.com); Christopher D. Lewis; Audrey Guthrie, Esq. |
| **Cc:** | Laura Tubbs; Melanie Wade |
| **Subject:** | Cantu v. Southern |

Counsel:

I am following up on my correspondence of January 23, 2015, regarding your notice of appeal in Bastrop Cause No. 29,358.    Please let us know if you will voluntarily dismiss this premature appeal.

Regards,
Eric Peabody
Hanna & Plaut, L.L.P.
Southwest Tower
211 E. Seventh St., Ste. 600
Austin, Texas 78701
Tel: (512) 472-7700
Fax: (512) 472-0205
http://epeabody@hannaplaut.com

# HANNA & PLAUT LLP ATTORNEYS AT LAW

The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 512-472-7700, permanently delete the message, and return any printed copies of the original message to us at Hanna & Plaut, L.L.P., 211 E. Seventh Street, Suite 600, Austin, TX 78701 via the United States Postal Service.